U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 3 0 2006

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY
SHREVEPORT

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| TRANS-SERVE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 00-1017 |
| | ) JUDGE S. MAURICE HICKS, JR. |
| UNITED STATES OF AMERICA, | ) MAGISTRATE JUDGE ~~PAYNE~~ HORNSBY |
| | ) |
| Defendant and Counterclaimant. | ) |

## FINAL JUDGMENT

This Court having on September 8, 2006, entered its Memorandum Ruling (Rec.Doc.No. 151) and Order (Rec.Doc.No. 152), for the reasons assigned and based on the Court's decisions set forth in its Memorandum Ruling and Order, it is hereby **FOUND, ORDERED, and ADJUDGED** that:

1. Having not overpaid its Railroad Retirement Tax Act and Railroad Unemployment Repayment Tax Act liabilities for the ten calendar year tax periods ending December 31, 1987, through December 31, 1996, inclusive, Trans-Serve, Inc. shall take no refund of any overpayment of such liabilities by its First Amended Complaint;

2. Trans-Serve, Inc. is indebted to the United States of America for unpaid portions of its Railroad Retirement Tax Act liabilities (including tax, failure-to-pay penalties, and interest thereon) and Railroad Unemployment Repayment Tax Act liabilities (including tax, failure to pay penalties, and interest thereon) for the ten calendar year tax periods ending December 31, 1987, through December 31, 1996, inclusive, in the total amount of $3,224,100.57 through October 30, 2006, plus

interest according to law on $3,051,715.00 of this total amount from October 30, 2006, until both the $3,051,715.00 plus interest thereon and the $172,385.57 without any interest thereon are paid.

(a) The $3,051,715.00 (exclusive of interest thereon accruing after October 30, 2006, until such amount is paid) owed by Trans-Serve, Inc. for the ten tax years as of October 30, 2006, comprises the following amounts:

1987: $565,369.38 (including failure-to-pay penalty in the amount of $30,458.66)

1988: $527,777.16 (including failure-to-pay penalty in the amount of $32,841.43)

1989: $346,390.77

1990: $335,041.34

1991: $318,280.63

1992: $298,006.35

1993: $233,920.16

1994: $188,449.12

1995: $139,559.96

1996: $ 98,920.13; and

(b) The failure-to-pay penalties for tax years 1989, 1990, 1991, and 1992 comprising $172,385.57 of the $3,224,100.57 shall not accrue interest after October 30, 2006. Such failure-to-pay penalties are in the following amounts:

1989: $32,617.45

1990: $38,518.11

1991: $47,207.21

1992: $54,042.80; and

3. The United States shall recover its costs of this action under 28 U.S.C. § 1920 upon appropriate application to this Court under LR 54.3.

**THUS DONE, ORDERED, and ADJUDGED** this ____30____ day of ____October____, 2006, in Shreveport, Louisiana.

_____
HONORABLE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM BUT NOT SUBSTANCE:**

_____
MARK E. GILLIAM, La. Bar No. 6228
WILKINSON, CARMODY & GILLIAM
1700 Beck Building, 400 Travis Street
Shreveport, Louisiana 71166
Telephone: (318) 221-4196

DAVID N. ZIMMERMAN
KATHLEEN A. HARDEE
CHAD E. HANSEN
SHUGHART, THOMSON & KILROY, P.C.
Twelve Wyandotte Plaza, Suite 1600
120 West 12th Street
Kansas City, Missouri 64105
Telephone: (816) 421-3355

**Attorneys For Trans-Serve, Inc.**

DONALD W. WASHINGTON
United States Attorney

ROBERT A. THRALL
Assistant United States Attorney

_____
ROBERT E. DOZIER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6073

**Attorneys For the United States of America**